**John E. PFEIFFER, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. 71524.**

Missouri Court of Appeals,
Eastern District,
Division Six.

Sept. 9, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 24, 1997.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

Before REINHARD, P.J., and KAROHL and ROBERT G. DOWD, Jr., JJ.

### ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The

findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).